IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angelita Ramon, et al., | No. CV 03-227-TUC-CKJ |
| Plaintiffs, | **ORDER** |
| vs. | |
| United States of America, | |
| Defendant. | |

Pending before the Court is Plaintiffs' "Motion for Waiver of Appeal Filing Fees." However, as Plaintiffs have appealed a final decision of the Court dismissing this case with prejudice, the Court no longer has jurisdiction over this case. *See* 28 U.S.C. §1291 (allowing appeals from final decisions); *Green Tree Fin'l Corp.-Alabama v. Randolph,* 531 U.S. 79, 86 (2000)(a "final decision" is one "that ends the litigation on the merits and leaves nothing more for the court to do but execute the judgment.")(internal quotes and citations omitted); *Estate of Conners by Meredith v. O'Connor*, 6 F.3d 656, 658 (9th Cir. 1993)("As a general rule, [t]he filing of a notice of appeal is an event of jurisdictional significance--it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal . . ."); Fed. R. App. P. 4(a)(4).

1  Accordingly, Plaintiffs' "Motion for Waiver of Appeal Filing Fees" is **denied**.

DATED this 25th day of May, 2006.

_____
Cindy K. Jorgenson
United States District Judge